UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br>    Defendant.<br>    .<br><br>INTERNATIONAL SWIMMING LEAGUE, LTD,<br>    Plaintiff,<br><br>    v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br>    Defendant. | Case No.  18-cv-07393-JSC<br><br>Case No.  18-cv-07394-JSC<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Plaintiffs move to file under seal documents submitted in support of its Joint Case Management Statement ("Joint Statement") that it obtained from Defendant through discovery, and that Defendant designated as "confidential" under the parties' stipulated Protective Order. Plaintiffs also move to file under seal certain portions of its Joint Statement that reference the documents at issue. Plaintiffs submit the declaration of counsel Joshua W. Malone, who attests that Plaintiffs were required to file the material under seal pursuant to "Paragraph 13.3 of the Protective Order" because Defendant designated the material as "Confidential" and "would not agree to allow the documents to be filed publicly." (Dkt. No. 93-1 at ¶ 4 (moving to file under

seal highlighted portions of its Joint Statement and Exhibit A).)[1]

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. *See* Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." *Id.* at 79-5(e)(1). "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." *Id.* at 79-5(e)(2).

To date, the designating party has not filed a responsive declaration to the above-referenced motion. Having considered the submission of the parties and for the reasons stated above, the Court DENIES Plaintiffs' administrative motion to seal.

**IT IS SO ORDERED.**

Dated: June 25, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] The parties' submissions in both cases are identical; thus, the Court cites only to the docket in 18-cv-07393 unless otherwise noted.