UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br><br>        Defendant. | Case No. 18-cv-07393-JSC<br><br>**ORDER RE: AUGUST 6, 2020 MOTION HEARING** |

In addition to Plaintiffs' motion for leave to serve subpoena on International Olympic Committee by alternative means, at the hearing scheduled on August 6, 2020 the Court will also discuss parties' joint discovery letter briefs concerning: Defendant's financial documents, the "Ring of Fire" tour, and the appointment of a special master. (*See* Dkt. Nos. 132, 135, and 139.)

**IT IS SO ORDERED.**

Dated: July 31, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge