UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD,<br><br>        Plaintiff,<br><br>    v.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>        Defendant. | Case No. 18-cv-07394-JSC<br>Case No. 18-cv-07393-JSC<br><br>**ORDER RE: SPECIAL MASTER AND FINA PRESIDENT'S DEPOSITION**<br><br>Re: Dkt. No. 288 |
| THOMAS A. SHIELDS, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>        Defendant. | |

Before the Court is the parties' joint discovery dispute letter brief regarding the deposition of FINA President Julio Maglione. (Dkt. No. 288.)[1] Plaintiffs seek a bilingual Special Master to compel Mr. Maglione to answer questions instead of "evading them and providing non-responsive and meandering testimony." (*Id.* at 4.) After carefully considering the parties' letter brief, the Court determines that oral argument is unnecessary, *see* N.D. Cal. Civ. L.R. 7-1(b), and DENIES Plaintiffs' request. Plaintiffs have taken 4 hours of Mr. Maglione's deposition, "including the time to translate all questions and answers[,]" and argue that some of this time has been consumed by

---

[1] Record citations are to material in the Electronic Case File ("ECF") in *International Swimming League, LTD v. Fédération Internationale De Natation*, Case No. 18-cv-07394-JSC; pinpoint citations are to the ECF-generated page numbers at the top of the documents.

Mr. Maglione's testimony where, for instance, "he claimed that he was disappointed, concerned, sad, and puzzled regarding the failed October MOU regarding the Torino event." (*Id.* at 4-5.) Simply because Mr. Maglione requires a translator and provides answers Plaintiffs characterize as "meandering" does not mean "there [is] not alternative to the Special Master." (*Id.* at 4.) As such, Plaintiffs' request for a Special Master for any continued deposition of Mr. Maglione is DENIED.

**IT IS SO ORDERED.**

Dated: April 7, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge