| | |
|---|---|
| 1 | Dy to LATHAM & WATKINS LLP |
| | Daniel M. Wall (SBN 102580) |
| 2 | Christopher S. Yates (SBN 161273) |
| | Aaron T. Chiu (SBN 287788) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California  94111-6538 |
| 4 | Telephone: 415.391.0600 |
| | Facsimile: 415.395.8095 |
| 5 | Email:  Dan.Wall@lw.com |
| | Chris.Yates@lw.com |
| 6 | Aaron.Chiu@lw.com |
| 7 | Attorneys for Defendant |
| | Fédération Internationale de Natation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS A. SHIELDS, ET AL, | CASE NO. 3:18-cv-07393-JSC |
| | CASE NO. 3:18-cv-07394-JSC |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE IN COUNSEL** |
| FÉDÉRATION INTERNATIONALE DE NATATION, | |
| Defendant. | |
| INTERNATIONAL SWIMMING LEAGUE, LTD., | |
| Plaintiff, | |
| vs. | |
| FÉDÉRATION INTERNATIONALE DE NATATION, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Colleen E. Heyler, of Latham & Watkins LLP, is hereby withdrawn as counsel for Defendant Fédération Internationale de Natation and should be withdrawn from the Court's service list for this matter. The basis for the withdrawal is that Ms. Heyler has left Latham & Watkins LLP. Daniel M. Wall, Christopher S. Yates, and Aaron T. Chiu of Latham & Watkins LLP will remain as counsel for Defendant Fédération Internationale de Natation, and should continue to be included on the docket and service list.

Dated: February 18, 2022

Respectfully submitted,

LATHAM & WATKINS LLP
　Daniel M. Wall
　Christopher S. Yates
　Aaron T. Chiu


By      /s/ Aaron T. Chiu
　Aaron T. Chiu
　Attorneys for Defendant
　Fédération Internationale de Natation