1  LATHAM & WATKINS LLP
   Daniel M. Wall (SBN 102580)
2     Christopher S. Yates (SBN 161273)
   Aaron T. Chiu (SBN 287788)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone: 415.391.0600
   Facsimile: 415.395.8095
5  Email:  Dan.Wall@lw.com
         Chris.Yates@lw.com
6           Aaron.Chiu@lw.com

7  Attorneys for Defendant
   Fédération Internationale de Natation

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THOMAS A. SHIELDS, ET AL,<br><br>Plaintiffs,<br><br>vs.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>Defendant. | CASE NO. 3:18-cv-07393-JSC<br>CASE NO. 3:18-cv-07394-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Date:   March 3, 2022<br>Time:  1:30 p.m.<br>Place:  Via Electronic Means |
|---|---|
| INTERNATIONAL SWIMMING LEAGUE, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>FÉDÉRATION INTERNATIONALE DE NATATION,<br><br>Defendant. | |

Defendant Fédération Internationale de Natation ("FINA") and Plaintiffs International Swimming League, Ltd. ("ISL") and Thomas A. Shields, et al. ("Swimmer Plaintiffs") (together, "Plaintiffs") and submit this Joint Case Management Conference Statement pursuant to the Court's February 11, 2022 Order. *See Shields*, No. 3:18-cv-7393-JSC, Dkt. 299. Unless otherwise noted, this Statement applies to both the *Shields* and *ISL* actions.

## I. EXPERT REPORTS

The Parties maintain their dispute regarding Plaintiffs' merits expert reports, as briefed in the Parties' February 8, 2022 Stipulation to Amend the Case Schedule. *See Shields*, Dkt. 298.

## II. PROPOSED CASE SCHEDULE

The Parties have conferred and agree to the sequencing of the remainder of the schedule, as set out below, which takes into account the Parties' pending disagreement as to whether Plaintiffs may serve merits reports.

| Date | FINA's Position | Plaintiffs' Position |
|---|---|---|
| April 7, 2022 | Plaintiffs' Damages Expert Reply Reports | Plaintiffs' Damages Expert Reply Reports |
| April 7, 2022 | FINA's Merits Expert Report | Parties' Merits Expert Reports on Issues for Which They Carry the Burden of Proof or Production |
| May 12, 2022 (or 5 weeks after Merits Expert Reports) | Plaintiffs' Merits Rebuttal Report | Parties' Merits Rebuttal Expert Reports on Issues for Which They Do Not Carry the Burden of Proof or Production |
| June 2, 2022 (or 3 weeks after Merits Rebuttal Reports) | Completion of Expert Depositions | Completion of Expert Depositions |
| July 7, 2022 (or 5 weeks after completion of expert depositions) | Summary Judgment and/or *Daubert* Motions | Summary Judgment and/or *Daubert* Motions |

| Date | FINA's Position | Plaintiffs' Position |
|---|---|---|
| August 18, 2022 (or 6 weeks after motions are filed) | Summary Judgment and/or *Daubert* Oppositions | Summary Judgment and/or *Daubert* Oppositions |
| September 15, 2022 (or 4 weeks after oppositions are filed) | Summary Judgment and/or *Daubert* Replies | Summary Judgment and/or *Daubert* Replies |
| October 20, 2022 (or 4 weeks after replies are filed) | Hearing on Summary Judgment and/or *Daubert* Motions | Hearing on Summary Judgment and/or *Daubert* Motions |
| Q1 2023 | Trial | Jury Trial (10 trial days) |

### III.   SETTLEMENT AND ADR

**Plaintiffs' Position:**

The discussion of settlement in Defendant's position below is puzzling to the class because FINA has not approached the *Shields* Plaintiffs with any class action settlement proposal and has given no indication it is willing to entertain a class settlement. If FINA is willing to propose a class settlement, the *Shields* Plaintiffs are always willing to consider such a proposal and have settlement talks on behalf of the class. However, to the *Shields* Plaintiffs' knowledge, FINA is only interested in discussing a non-class settlement, which, obviously, is of no interest to the class.

As for ISL, Defendant has not expressed to ISL's new counsel any interest in settling, so ISL is also confused by Defendant's reference to settlement.

Plaintiffs are confident that the Court will determine that the facts here do not support FINA's defense. *See Shields* Dkt. 302, Class Cert. Hr'g Tr. at 41:7–23. Plaintiffs will not subject the Court to further premature arguments on the merits of this defense.

**FINA's Position:**

The Parties have not yet engaged in settlement negotiations since Winston & Strawn LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP appeared on behalf of the individual swimmer plaintiffs and ISL in these actions. FINA remains of the belief that both the swimmers' and ISL's

claims have long been moot since FINA's January 2019 announcement that no swimmers would be penalized for participating in ISL events, FINA's subsequent amendment to Rule GR 4 in July 2019 eliminating provisions providing for the potential for swimmer sanctions for unauthorized relations, and FINA's subsequent addition in December 2020 of a set of athlete's rights to the FINA By-Laws providing that it will never take disciplinary action against athletes for participating in non-FINA sanctioned events. Further, ISL successfully hosted entire seasons in 2019, 2020, and 2021 without interference from FINA. To the extent Plaintiffs remain interested in a resolution that would actually yield benefits to swimmers and contribute further to the development of the sport, as opposed to continuing to litigate moot issues and advance speculative and unsupportable damages claims, FINA remains willing to discuss settlement.

Dated:  February 24, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ Aaron T. Chiu
Aaron T. Chiu
Attorneys for Defendant
Fédération Internationale de Natation

Dated:  February 24, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By  /s/ William A. Isaacson
William A. Isaacson
Attorneys for Plaintiff ISL

Dated:  February 24, 2022

WINSTON & STRAWN LLP

By  /s/ Jeffrey L. Kessler
Jeffrey L. Kessler (admitted *pro hac vice*)

Attorneys for Plaintiffs Thomas A. Shields, Michael C. Andrew and Katinka Hosszú and the Proposed Class

## DECLARATION REGARDING CONCURRENCE

I, Aaron T. Chiu, am the ECF User whose identification and password are being used to file this Joint Case Management Statement. Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence of the filing of this document has been obtained.

Dated: February 24, 2022

LATHAM & WATKINS LLP

By  /s/ Aaron T. Chiu
Aaron T. Chiu
Attorneys for Defendant
Fédération Internationale de Natation