UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, et al., | Case Nos.  18-cv-07393-JSC |
| Plaintiffs, | 18-cv-07394-JSC |
| v. | |
| FEDERATION INTERNATIONALE DE NATATION, | **ORDER RE: CASE SCHEDULE** |
| Defendant. | |
| INTERNATIONAL SWIMMING LEAGUE, LTD., | |
| Plaintiff, | |
| v. | |
| FEDERATION INTERNATIONALE DE NATATION, | |
| Defendant. | |

The Court adopts in part the parties' stipulation regarding the case schedule.  (Case No. 18-cv-07393-JSC, Dkt. No. 314; Case No. 18-cv-07394-JSC, Dkt. No. 353.)  The page limits for summary judgment briefing are 60 pages per side for opening motions across the two cases, 60 pages per side for oppositions, and 30 pages per side for replies.  The page limits shall be split between the two cases as the parties wish.  If a party submits opening motions totaling fewer than 60 pages, the corresponding oppositions are limited to the length of the opening motion and the replies are limited to half the length of the opening motion but no fewer than 15 pages.  The parties may file their opening motions for summary judgment on or before June 27, 2022, rather than June 24, if they wish.  All other briefing deadlines remain the same.  (*See* Case No. 18-cv-07393-JSC, Dkt. No. 313; Case No. 18-cv-07394-JSC, Dkt. No. 352.)

Jury selection and trial are moved to March 13, 2023.  The pre-trial conference set for January 19, 2023 at 2:00 p.m. remains the same.

**IT IS SO ORDERED.**

Dated: June 23, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge