UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br><br>   Defendant. | Case Nos.  18-cv-07393-JSC<br>            18-cv-07394-JSC<br><br>**JUDGMENT** |
| INTERNATIONAL SWIMMING LEAGUE, LTD.,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br><br>   Defendant. | |

Having granted FINA's motions for summary judgment by Order filed January 6, 2023, the Court enters judgment in favor of Defendant FINA and against Plaintiffs Thomas A. Shields, Michael C. Andrew, Katinka Hosszú, and the International Swimming League, Ltd.

**IT IS SO ORDERED.**

Dated: January 6, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge