UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. SHIELDS, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br><br>   Defendant. | Case Nos. 18-cv-07393-JSC<br>      18-cv-07394-JSC<br><br>**ORDER RE: PLAINTIFFS' MOTION TO STAY TAXATION OF COSTS**<br><br>Re: Dkt. No. 446 |
| INTERNATIONAL SWIMMING LEAGUE, LTD.,<br><br>   Plaintiffs,<br><br> v.<br><br>FEDERATION INTERNATIONALE DE NATATION,<br><br>   Defendant. | |

Following summary judgment in Defendant's favor, the Court ordered Plaintiffs to pay Defendant Fédération Internationale De Natation (FINA)[1] $143,105.46 in taxable costs. (Dkt. Nos. 430, 445.)[2] Plaintiffs appealed the Court's summary judgment ruling. (Dkt. No. 425.) Before the Court is Plaintiffs' motion to stay the Clerk's taxation of costs pending Plaintiffs' Ninth Circuit appeal. (Dkt. No. 446.) FINA only seeks recovery from International Swimming League, Ltd. (ISL), not the individual Plaintiffs. (Dkt. No. 447 at 2.) Having carefully considered the briefing, the Court concludes oral argument is unnecessary, *see* Civ. L. R. 7-1(b), and GRANTS

---

[1] FINA changed its name to World Aquatics in January of 2023.
[2] Record citations are to material in the Electronic Case File ("ECF") in Case No. 18-cv-07394-JSC, unless otherwise noted; pinpoint citations are to the ECF-generated page numbers at the top of the documents. This case is related to Case No. 18-cv-07393-JSC.

Plaintiffs' motion.

## DISCUSSION

Pursuant to Federal Rule of Civil Procedure 54(d)(1), "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." However, the Court has discretion to defer ruling on a taxation of costs while an appeal on the merits is pending. *Lasic v. Moreno*, No. 2:05-cv-0161-MCE-DAD, 2007 WL 4180655, at *1 (E.D. Cal. Nov. 21, 2007); *Dunklin v. Mallinger,* No. 11-cv-01275-JCS, 2013 U.S. Dist. LEXIS 85340, at *2 (N.D. Cal. June 17, 2013); *see also* Advisory Committee Notes to Rule 54(d) ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved."). The reasoning of the Advisory Committee Notes applies equally to a ruling on a bill of costs. *Lasic*, 2007 WL 4180655, at *1.

In determining whether to stay an order pending an appeal, courts consider the following factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Emblaze Ltd. v. Apple Inc.*, No. 5:11-cv-01079-PSG, 2015 WL 1304779, at *2 (N.D. Cal. Mar. 20, 2015) (citing *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987)).

On balance, the *Hilton* factors weigh in favor of staying the order on the taxation of costs pending resolution of Plaintiffs' appeal to the Ninth Circuit. First, Plaintiffs demonstrate a "fair prospect of success" on appeal. *Fed. Trade Comm'n v. Qualcomm Inc.*, 935 F.3d 752, 755 (9th Cir. 2019). The second factor is neutral. Given the small amount of money at issue, there has been no showing of irreparable harm to ISL. For the same reason, a stay will not irreparably injure FINA. Finally, the public interest weighs neutrally.

## CONCLUSION

The parties have likely spent more money litigating the cost award than is actually at issue. While the Court questions the parties' motivations, it has, nonetheless, adjudicated the motions on the merits. For the reasons explained above, Plaintiffs' motion to stay the taxation of costs pending resolution of Plaintiffs' Ninth Circuit appeal is GRANTED.

**IT IS SO ORDERED.**

Dated: December 21, 2023

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge